IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**v.**                           **CASE NO. 4:13CV00409 BSM**

**$17,693,837.10 from JOHN HANCOCK LIFE**
**INSURANCE POLICY NUMBER XXX6473, et al.**           **DEFENDANTS**

## ORDER

Trustee Richard A. Torti's motion for partial summary judgment requesting release of $13,938,746 [Doc. No. 51] is denied as premature. Torti may refile when discovery has concluded. Torti's motion for summary judgment to dismiss the claim of the United States Treasury [Doc. No. 76] is denied and the treasury's motion to strike Torti's motion for summary judgment [Doc. No. 88] is denied as moot.

IT IS SO ORDERED this 18th day August 2014.

_____
UNITED STATES DISTRICT JUDGE